1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  300 South First Street, Suite 342
   San Jose, California  95113
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  Emails: tanya@moorelawfirm.com;
   service@moorelawfirm.com
5
   Attorney for Plaintiff,
6  Darren Gilbert

7

8  **UNITED STATES DISTRICT COURT**

9  **EASTERN DISTRICT OF CALIFORNIA**

10

11
   DARREN GILBERT,                              )  No.  1:22-cv-01275-JLT-SKO
12                                              )
                Plaintiff,                      )  **STIPULATION FOR DISMISSAL OF**
13                                              )  **ENTIRE ACTION**
          vs.                                   )
14                                              )
   ALL US TACOS INC. dba DEL TACO #946;         )
15 THE FLORES ENTERPRISES V LP;                 )
                                                )
16              Defendants.                     )
                                                )
17                                              )
                                                )
18                                              )
                                                )
19 _____ )

20

21

22

23

24

25

26

27

28

STIPULATION FOR DISMISSAL OF ENTIRE ACTION

Page 1

**IT IS HEREBY STIPULATED** by and between Plaintiff Darren Gilbert and Defendants, All Us Tacos Inc. dba Del Taco #946, the parties who appeared in this action, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action is dismissed with prejudice in its entirety. Each party is to bear its own attorneys' fees and costs.

Dated: March 6, 2023                               MOORE LAW FIRM, P.C.

*/s/ Tanya E. Moore*
Tanya E. Moore
Attorney for Plaintiff,
Darren Gilbert

Dated: March 6, 2023                               VAUGHAN & ASSOCIATES LAW OFFICE, APC

*/s/ Khushpreet R. Mehton*
Cris C. Vaughan
Khushpreet R. Mehton
Attorneys for Defendants,
All Us Tacos Inc. dba Del Taco #946

**ATTESTATION**

Concurrence in the filing of this document has been obtained from each of the individual(s) whose electronic signature is attributed above.

*/s/ Tanya E. Moore*
Tanya E. Moore
Attorney for Plaintiff,
Darren Gilbert